## 25658. MAJOR v. THE STATE.

MacINTYRE, J. The evidence authorized the finding of the judge of Fulton criminal court. The assignments of error in the petition for certiorari are without merit. The judge of the superior court did not err in overruling the certiorari.

Judgment affirmed. Broyles, C. J., and Guerry, J., concur.

DECIDED SEPTEMBER 11, 1936.

J. O. Ewing, C. G. Battle, for plaintiff in error.

John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, contra.